TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOSE DE JESUS LEON MORA,

Petitioner,

v.

TODD BLANCHE, *et al.*

Respondents.

Case No. 2:26-cv-03029-RFB-DJA

**Motion for an Extension of Time for Federal Respondents to File a Response to Petitioner's Motion to Reconsider Dismissal (ECF No. 12)**

**FIRST REQUEST**

Federal Respondents, by and through undersigned AUSA, hereby move for a five-day extension of time, up to and including **October 28, 2026**, for Federal Respondents to file their response to Petitioner's Motion to Reconsider Dismissal (ECF No. 12). Undersigned AUSA has approximately ten habeas responses due today in addition to needing to coordinate on approximately two dozen joint status reports in habeas matters also due today, and because of those conflicting deadlines, an extension is necessary to complete a response to Petitioner's motion. On October 22 and 23, Federal Respondents emailed Petitioner's counsel about the requested extension. Petitioner's counsel opposed the requested extension of time, necessitating this instant motion.

This is the first request for an extension of time for Federal Respondents to file a response to Petitioner's Motion to Reconsider Dismissal (ECF No. 12). This request is filed in good faith and not for purposes of undue delay.

## Memorandum of Points and Authorities

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in preparing a response to Petitioner's Motion to Reconsider Dismissal (ECF No. 12). However, additional time is necessary because of the substantial number of conflicting habeas deadlines for which undersigned AUSA is responsible. Without additional time, a proper response to Petitioner's Motion cannot be filed. For these reasons, Federal Respondents respectfully request a limited extension up to and including **October 28, 2026**, to file a response to Petitioner's Motion to Reconsider Dismissal (ECF No. 12).

If this motion for an extension of time is granted, the new deadline to respond to Petitioner's Motion to Reconsider Dismissal (ECF No. 12) will be **October 28, 2026**. Given Federal Respondents' diligence, good cause exists for the extension. Federal Respondents, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 23rd day of October 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*<u>/s/ Tamer B. Botros</u>*
TAMER B. BOTROS
Assistant United States Attorney

IT IS SO ORDERED:



United States District Judge

Dated: October 26, 2026